**CITY OF BARNUM, Minnesota Pollution Control Agency, Appellants,**

v.

**COUNTY OF CARLTON, et al., Respondents.**

No. C3–85–1419.

Supreme Court of Minnesota.

July 16, 1986.

ORDER

Prior Report: Minn.App., 386 N.W.2d 770.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of the County of Carlton, et al. for further *review* of the decision of the Court of Appeals be, and the same is, *granted* for the limited purpose of remanding the matter to the Court of Appeals for its reconsideration of its decision in light of this court's recent decision in *White Bear Rod & Gun Club v. City of Hugo*, 388 N.W.2d 739 (Minn.1986).

**STATE of Minnesota, Respondent,**

v.

**Douglas BARG, Appellant.**

No. C5–86–671.

Supreme Court of Minnesota.

June 26, 1986.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED (a) that the petition for review of the decision of the Court of Appeals dated June 10, 1986, be, and the same is, granted and (b) that the decision of the Court of Appeals be, and the same is, reversed. Petitioner is entitled to immediate release from prison. An opinion explaining our decision will follow at a later date.